EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte: | 2018 TSPR 78 |
| Aprobación de Cambio de Estatus Inactivo de enero 2017 a febrero de 2018 | 200 DPR ____ |

Número del Caso:  EM-2018-12

Fecha: 8 de mayo de 2018

Materia:  Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de
Estatus Inactivo de
enero 2017 a febrero de 2018        EM-2018-12


RESOLUCIÓN


En San Juan, Puerto Rico, a  8 de mayo de 2018.

Durante el periodo de enero de 2017 a febrero de 2018, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) en RUA de los siguientes abogados(as):

### enero 2017

| | |
|---|---|
| José S. Maldonado Solano | 18,945 |
| Adrián Moll Lugo | 18,187 |
| Pedro J. López Pagán | 18,296 |
| Vanessa Merced Bajandas | 8563 |
| Laura González Lugo | 6496 |
| Leticia Santiago Reyes | 10,069 |
| Alfredo Rivera Mendoza | 2653 |
| Wilmarie Rosado Pérez | 16,821 |
| Cynthia A. Colón Martínez | 8160 |
| Julio M. Álvarez Ramírez | 5585 |
| Lirio Rey Siaca | 5937 |
| Laura J. Hernández Taboada | 8356 |
| Francisco Pedraza Algarín | 3464 |
| Carlos A. Aponte | 3831 |
| Jorge D. Llavona Ramos | 10,225 |
| Héctor E. Sánchez Sánchez | 8880 |
| Manuel López Silva | 4987 |
| Fernando Gierbolini Borelli | 3212 |
| Melissa Bird Collado | 18,367 |
| María Margarita Padró Martínez | 19,029 |
| Gonzalo Combas Sancho | 5107 |

Aprobación de Cambio de                          Página 2
Estatus Inactivo de
enero 2017 a febrero de 2018

| | |
|---|---|
| Miguel A. Rivera Rivera | 3197 |
| Juliana M. Alemañy Calderón | 15,067 |
| María M. Del Valle Armstrong | 9947 |
| Aida A. Mari Roca | 10,729 |
| Rafael Pumarada Sánchez | 13,124 |
| Heriberto Sánchez Vélez | 5016 |
| Livia E. Suárez Miranda | 13,640 |
| José A. Dávila Fernández | 6878 |
| Marietta Don Segarra | 12,002 |
| Nilsa D. Velázquez Matos | 11,100 |
| Antonio R. Matta Murias | 3169 |
| Diana Pagán Echevarría | 3948 |
| Vilma L.  Álvarez Villalba | 4756 |

**febrero 2017**

| | |
|---|---|
| Eric A. Vega Ramírez De Arellano | 5393 |
| Leila E. Ortiz Hernández | 16,379 |
| Carlos R. Díaz Vivó | 11,868 |
| Jennifer Castro González | 17,274 |
| Iván R. Morales Arocho | 12,047 |
| Inés Soler Santos | 18,192 |
| Augusto A. Cirino Gerena | 2837 |
| Wanda L. González Girona | 10,872 |
| Siro Gutiérrez McCormick | 4948 |
| Katherine Sonia Muga Rodríguez | 19,489 |
| José García Tañón | 6301 |
| Wilfredo Rodríguez Figueroa | 4823 |
| Silvia R. Rodríguez Garrote | 16,743 |
| Lagnny Jacobo Brito | 12,255 |

**marzo 2017**

| | |
|---|---|
| Andrés Salas Soler | 2665 |
| Nelson R. Santana Soto | 5353 |
| Pedro E. Saleme Páez | 7380 |
| Miguel Pascual Esteban | 1747 |
| Jorge E. Feliciano Ruiz | 4590 |
| María Morales Robledo | 9885 |
| José A. Carazo Quetglas | 10,450 |
| Raúl Dávila Rivera | 2905 |

**abril 2017**

| | |
|---|---|
| Karem Medina Romero | 15,718 |
| Rosa Y. Meneses Albizu-Campos | 14,709 |
| Juan A. Méndez Miranda | 5691 |
| Juan C. Bruselas Vázquez | 14,360 |
| Cristina M. Fernández Neumann | 10,659 |
| Jordan Soto Nieves | 8887 |
| Glenis I. Vélez Olivencia | 12,737 |
| Medrich Torres Ramos | 4137 |
| Roberto Cortés Matos | 3113 |

**mayo 2017**

| | |
|---|---|
| José Juan Acevedo Rivera | 18,584 |
| Ángel M. Encarnación Rivera | 12,212 |
| Manuel A. Coss Martínez | 5462 |

Aprobación de Cambio de                              Página 3
Estatus Inactivo de
enero 2017 a febrero de 2018

| | |
|---|---|
| Nivea R. Avilés Caratini | 4298 |
| Francisco J. Cobián Guzmán | 3857 |
| Brendalisse Rivera Casanova | 15,685 |
| Álvaro R. Calderón Mongil | 1644 |
| Rebecca Vargas Vera | 8712 |
| Sonia D. Espiet Ríos | 4910 |
| Ileana Acevedo Ruiz | 16,483 |
| María E. Godreau Esques | 14,726 |
| Nicole Valdesuso Loubriel | 18,169 |
| Norma Lora Longoria | 6143 |
| Ivette Rosselló González | 5515 |
| Francisco Vázquez Trujillo | 5206 |
| Bianca A. Landrón Baralt | 14,763 |
| Lilliam Frattallone Marti | 11,040 |
| Marie A. Robert Asenjo | 12,691 |
| Basilio Torres Rivera | 9906 |
| Luisa E. González Degró | 10,143 |

### junio 2017

| | |
|---|---|
| Nicole De Jesús Ramírez | 18,079 |
| Dohanie Sepúlveda Negroni | 6664 |
| Dora López Díaz | 2422 |
| Francisco Fernández Díaz | 7692 |
| José L. Raimundi Meléndez | 15,832 |
| Jesús A. Flores Nazario | 13,574 |
| Iris Barreto Saavedra | 7268 |
| Brunilda Díaz Rivera | 6464 |
| Edward M. Borges | 1904 |
| Mercedes García Ayala | 14,169 |
| Carmelo Báez Figueroa | 5596 |
| Raúl Rodríguez Santiago | 3996 |
| Priscilla G. Pacheco Rodríguez | 17,278 |

### julio 2017

| | |
|---|---|
| Agustín Aponte Vélez | 19,557 |
| Penny López Cordero | 8175 |
| Ramón L. Juliá Ramos | 6271 |
| Elba I. Carreras Ortiz | 6810 |
| Ignacio Vázquez Borges | 4867 |
| Fernando L. Llavona Ramia | 16,566 |
| Ángel Vidro Ocasio | 4477 |
| Héctor A. Carballo Ortiz | 5480 |
| Francisco Arroyo González | 3149 |
| Eneida Vázquez Colón | 5523 |
| Eulalio Díaz Sosa | 6256 |
| Gualberto R. Rodríguez | 3736 |
| Julio Suárez Moll | 2365 |
| Flor M. Claudio De Vázquez | 3497 |

### agosto 2017

| | |
|---|---|
| Gustavo J. Nogales Pérez | 17,067 |
| Gedzaida Martoral García | 14,859 |
| José Carlos Maldonado Medina | 18,056 |
| James Lugo Medina | 9830 |
| Aladino Colón Bonilla | 3998 |

Aprobación de Cambio de                         Página 4
Estatus Inactivo de
enero 2017 a febrero de 2018

| | |
|---|---|
| César Mercado  Santaella | 5616 |
| José R. Gaztambide Gómez | 2193 |
| Manuel A. Santiago Tirado | 5199 |
| Jaidee A. Serrano Domínguez | 19,341 |
| Lirio B. Bernal Sánchez | 4362 |
| José R. Rosselló Reyes | 3533 |
| Carmen F. Arrieta Giménez | 4467 |
| Giselle López Bajandas | 6111 |
| Aurora Santiago Ortiz | 20,005 |
| Elvia Esther Tossas Coll | 5764 |
| Luis G. Cerra Carreira | 3207 |
| Ruby E. Hernández Sambolín | 15,870 |
| Mildred Diez Antongiorgi | 6702 |
| José A. Figueroa Morales | 4116 |
| Margarita Coll De Silva | 6335 |
| Ana A. Olivencia Rivera | 6543 |
| Tomas E. Lopez Karch | 15,097 |

### septiembre 2017

| | |
|---|---|
| Federico Tilén Bernabé | 3255 |
| Luis M. Velázquez Olmeda | 3465 |
| José A. Rivera Casellas | 4568 |
| Manuel Martínez Rivera | 2165 |
| Rafael Álvarez Fortuño | 3240 |
| Rafael E. Dávila Thomas | 5060 |
| Emma Luiggi Bernal | 4627 |
| Margarita M. Pérez Rosich | 12,474 |

### noviembre 2017

| | |
|---|---|
| Claudia Quiñones Vilá | 20,762 |
| Nanette M. Rodríguez Franceschini | 16,334 |
| Carlos A. Pérez Irizarry | 8030 |
| Pablo J. Santiago Hernández | 5793 |
| Grisselle Hernández Guzmán | 13,839 |
| Lynnette Acosta Cardona | 19,375 |
| Adele Lecaroz Lefranc | 12,615 |

### diciembre 2017

| | |
|---|---|
| Jomarie Rivera Ruiz | 19,009 |
| Richard Rodríguez Vázquez | 10,112 |
| Nynorsha C. Lugo Sánchez | 14,908 |

### enero 2018

| | |
|---|---|
| Mónica Toledo Llavona | 18,685 |
| Héctor E. Hernández Hernández | 2415 |
| Héctor L. Acevedo Pérez | 4202 |
| Jacqueline N. Font Guzmán | 11,592 |
| Sylvia Altuz Cortés | 9365 |
| Migdalia E. Martínez Rivera | 8964 |

### febrero 2018

| | |
|---|---|
| José C. Aponte Lebró | 2136 |
| Miguel M. Cancio González | 7140 |
| Marilyn M. Rivera Meléndez | 8921 |
| Olga Viera Meléndez | 11,987 |
| Pedro Castaing Lespier | 11,359 |

Aprobación de Cambio de                         Página 5
Estatus Inactivo de
enero 2017 a febrero de 2018

Joseph C. Laws Del Valle        4586
Milton Vescovacci Nazario       8593
Larissa C. Rosa De Jesús        13,589
Juan C. Nazario Torres          9735
Claudio R. Prieto               3972
Lyntha A. Figueroa Rivera       11,003

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo